# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139001

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CHARLES C. ADAMS,
      Plaintiff-Appellee,

v

                                 SC: 139001
                                 COA: 289518

EATON CORPORATION and OLD
REPUBLIC INSURANCE COMPANY,
      Defendants-Appellants.

                                 WCAC: 07-000278

_____/

      On order of the Court, the application for leave to appeal the April 23, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

0921

                                         Clerk